**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cristina@lagomarsinolaw.com
*Attorneys of Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER MOLINA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER HOMES, LLC, a domestic limited-liability company; EDDIE MOLNAR, an individual;<br><br>Defendants. | CASE NO.: 2:25-cv-00204-MDC<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EDDIE MOLNAR** |

Plaintiff JAVIER MOLINA and Defendant EDDIE MOLNAR, by and through their counsel of record, hereby stipulate and agree to the dismissal of Defendant EDDIE MOLNAR from this action, without prejudice, and all claims asserted against him, with the parties to bear their own attorneys' fees and costs.

...

...

...

...

...

...

...

1  The above captioned matter will remain active and ongoing as to the remaining
2  Defendant Christopher Homes, LLC and the Title VII claims alleged.

3  **IT IS SO STIPULATED AND AGREED.**

4  DATED this 7th day of March 2025.                    DATED this 7th day of March, 2025.

5  **LAGOMARSINO LAW**                                  **FORD & FRIEDMAN**

6  /s/ Cristina P. Valentine, Esq.                     /s/ Christopher B. Phillips, Esq.
   CRISTINA P. VALENTINE, ESQ. (#16440)                 CHRISTOPHER B. PHILLIPS, ESQ.(#14600)
7  ANDRE M. LAGOMARSINO, ESQ. (#6711)                   MATHEW H. FRIEDMAN, ESQ. (#11571)
   3005 W. Horizon Ridge Pkwy., #241                    CAMERON BROWN, ESQ. (#15876)
   Henderson, Nevada 89052                              2200 Paseo Verde Pkwy., #350
8  Telephone: (702) 383-2864                            Henderson, NV 89052
   *Attorneys for Plaintiff Javier Molina*              Telephone: (702) 476-2400
9                                                       *Attorneys for Defendant Eddie Molnar*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   3-10-25