**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Javier Molina*

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAVIER MOLINA, an individual,

Plaintiff,

vs.

CURRENT, LLC, a domestic limited-liability company,

Defendant.

CASE NO. 2:25-cv-00204-MDC

**STIPULATION AND [PROPOSED] ORDER TO LIFT STAY**

The Parties, by and through their undersigned attorneys, hereby submit this *Stipulation and Order to Lift Stay.*

WHEREAS, The Parties submitted a *Stipulation and Order to Stay Case Due to Plaintiff's Emergency Bankruptcy Filing* on May 1, 2025 (ECF No. 27) and agreed to file a status report regarding the bankruptcy case on, or before, May 23, 2025 and the requested stay would not interfere with the scheduled ENE on June 5, 2025. The Court granted the stipulation on May 2, 2025. (ECF No. 28).

WHEREAS, on May 14, 2025, the Bankruptcy Court filed an *Order Confirming Automatic Dismissal of Chapter 7 Case* in U.S. Bankruptcy Court, Case No. 25-11693-mkn.

WHEREAS, in accordance with the Court ordered stipulation (ECF No. 28), the Parties filed a *Joint Status Report* (ECF No. 30) on May 16, 2025 to provide an update that the bankruptcy case is dismissed and that the instant case can return to the normal litigation track. Therefore, the Parties:

HEREBY STIPULATE that the stay on this case should be lifted.

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

**IT IS SO STIPULATED AND AGREED.**

DATED this 16th day of May, 2025.

**LAGOMARSINO LAW**

*/s/ Andre M. Lagomarsino, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff Javier Molina*

DATED this 16th day of May, 2025.

**KAMER ZUCKER ABBOTT**

*/s/ R. Todd Creer, Esq.*
R. TODD CREER, ESQ. (#10016)
SHANNON L. CHAO, ESQ. (#16821)
6325 S. Jones Blvd., Ste. 300
Las Vegas, Nevada 89118
Telephone: (702) 259-8640
*Attorneys for Defendant Current, LLC*

**ORDER**

IT IS HEREBY ORDERED that the stay on this case is lifted and this case is returned to the normal litigation track.

**IT IS SO ORDERED.**

By:________________________________
UNITED STATES MAGISTRATE JUDGE
5-19-25