KAMER ZUCKER ABBOTT
R. Todd Creer          #10016
Shannon L. Chao        #16821
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
schao@kzalaw.com

Attorneys for Defendant Current, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER MOLINA, an individual; | Case No. 2:25-cv-00204-MDC |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| CURRENT, LLC, a domestic limited liability company; | |
| Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

Dated this 29th day of January, 2026.                 Dated this 29th day of January, 2026.

LAGOMARSINO LAW                                       KAMER ZUCKER ABBOTT
By:  /s/ Cristina P. Valentine                        By:  /s/ Shannon L. Chao
     Andre M. Lagomarsino    #6711                         R. Todd Creer        #10016
     Cristina P. Valentine   #16440                        Shannon L. Chao      #16821
     3005 West Horizon Ridge Parkway, Suite 241           6325 South Jones Boulevard, Suite 300
     Henderson, Nevada 89052                              Las Vegas, Nevada 89118
     Attorneys for Plaintiff                              Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

Date: 2-3-26 _____          _____
                                       United States Magistrate Judge